FILED
April 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002575864

3
ANTONIA G. DARLING, Sate Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, California 95814
(916) 930-2100/Fax (916) 930-2099

Attorney for the Acting United States Trustee,
Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

IN RE:  Case No. 09-48220-A-7

**DARREL AND TERESA SMITH**

MCN: UST-1
Date: May 10, 2010
Time: 9:00 am
Debtor(s)  Courtroom 28 ,7th Floor
501 I Street, Sacramento
_____/  Judge McManus

**UNITED STATES TRUSTEES MOTION TO
CONFIRM DISMISSAL OF CASE PURSUANT TO 11 U.S.C. § 521 (i)(1)**

TO THE HONORABLE MICHAEL MCMANUS, BANKRUPTCY JUDGE:

The United States Trustee, Sara L. Kistler, through undersigned counsel, hereby requests that this court confirm that this case was AUTOMATICALLY DISMISSED pursuant to 11 U.S.C. § 521 (i)(1), on February 8, 2010 as the debtor has failed to timely comply with their duties.

**I. STATEMENT OF FACTS**

1. On December 24, 2009, the above captioned case was filed as a Chapter 7 case in the Eastern District of California. The debtors are represented by Stephen Johnson. The 341 meeting was first set for February 3, 2010.

2. Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv) debtors are required to provide the trustee with copies of all pay advices or other evidence of payment received within 60 days before the date of the filing of the petition.

1

3.  Pursuant to 11 U.S.C. § 521(e)(2)(A)(1) debtors are also required to provide, not later than seven (7) days prior to the date first set for the first meeting of creditors, to the trustee a copy of the federal income tax return required under applicable law......for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return was filed;

3.  Debtor did not seek an extension of time to file any documents required under 11 U.S.C. § 521, prior to February 8, 2010, the 45th day after filing the bankruptcy.

4.  The trustee had requested such documentation from the debtors and their counsel, but has not received the complete records. (See declaration of Trustee)

5.  Debtor's counsel has been unable to obtain the documents, and informed the trustee in an email that he has been unable to contact his clients. (See declaration of trustee)

6.  Effective February 8, 2010, pursuant to 11 U.S.C. § 521 (i)(1), this case was automatically dismissed as the 45 day period has passed, and debtors failed to obtain an extension of the deadline.

## II  ARGUMENTS

### A.  THIS CASE WAS ALREADY AUTOMATICALLY DISMISSED

To date debtors have failed to provide the trustee with a complete set of pay advices for the 60 days prior to filing their bankruptcy, or a copy of their tax return for the previous year. The trustee requires such information in order to make an analysis of the debtors financial position, as is required by the Bankruptcy Code. Therefore on the 46th from the initial bankruptcy filing, or February 8, 2010, this case was automatically dismissed pursuant to the provisions of 11 U.S.C. § 521 (i)(1).

### B.  THE COURT MUST ENTER AN ORDER CONFIRMING THE CASE WAS DISMISSED AS OF THE 46TH DAY, UPON REQUEST OF THE US TRUSTEE

Pursuant to 11 U.S.C. § 521(e)(2)(B) the Court shall dismiss the case unless the debtor demonstrates that the failure to so comply due to circumstances beyond the control of the debtor. Debtor has not made any such showing, nor have they sought an extension of time to do so.

Further, they have stopped communicating with their attorney, thereby showing their intent not to fulfill their duties.

**III  CONCLUSION**

Based upon the debtor's failure to provide required documents, the United States Trustee requests that the court confirm that this case has been dismissed under 11 U.S.C. §521(i)(1), effective February 8, 2010.

Respectfully submitted,

*/S/Antonia G. Darling*
Antonia G. Darling
Assistant U.S. Trustee
Direct dial: (916) 930-2090
email: antonia.darling@usdoj.gov

2
ANTONIA G. DARLING, Sate Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, California 95814
(916) 930-2100/Fax (916) 930-2099

Attorney for the Acting United States Trustee,
 Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| IN RE: | Case No. 09-48220-A-7 |
| **DARREL AND TERESA SMITH** | MCN: UST-1<br>Date: May 10, 2010<br>Time: 9:00 am<br>Courtroom 28 ,7th Floor<br>501 I Street, Sacramento<br>Judge McManus |
| Debtor(s) | |

**PROOF OF SERVICE**

I am employed in the County of Sacramento. My business address is 501 "I" Street, Suite 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action.

On April 21, 2010, I served the within:

**UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO ENTER ORDER SHOWING CASE DISMISSED, AND DECLARATION OF TRUSTEE IN SUPPORT OF MOTION**

  XX   By placing a true copy thereof enclosed in a sealed envelope and depositing said envelope into an inter-office delivery receptacle (the contents of which are metered/stamped for postage and deposited in a U. S. mailbox before the time designated for pick up of mail in that mailbox or delivered to a postal office which can accept mail before the end of the day) addressed as follows:

4

**Darrel & Teresa Smith**
**4254 Meadow Glen Road**
**Auburn, ca 95602**

**Stephen Johnson, Esq**
**13620 Lincoln Way #220**
**Auburn, Ca 95603**

**Tom May**
**P.O. Box 1776**
**Elk Grove, CA 95759**

**Attached list of creditors**

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on April 21, 2010, at Sacramento, California.


                        /S/ Irma Garcia
                        Irma Garcia, **Legal Data Tech**
                        Efiler: Antonia Darling
                        Email: antonia.darling@usdoj.gov