FILED
April 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002575866

2
ANTONIA G. DARLING, Sate Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, California 95814
(916) 930-2100/Fax (916) 930-2099

Attorney for the Acting United States Trustee,
  Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

IN RE:                                      Case No. 09-48220-A-7

**DARREL AND TERESA SMITH**                 MCN: UST-1
                                            Date: May 10, 2010
                                            Time: 9:00 am
         Debtor(s)                          Courtroom 28, 7th Floor
                                            501 I Street, Sacramento
                                     /      Judge McManus

## DECLARATION OF THOMAS MAY IN SUPPORT OF MOTION TO DISMISS

I swear, under penalty of perjury, that if called to testify, I would state the following:

1. I am the Chapter 7 trustee appointed to serve in this case.

2. I have neither received the last filed tax return, nor all of the required pay advices for the 60 days prior to filing, from the debtors.

3. These debtors are self employed, and therefore they have no pay stubs. The only way to confirm their income for the 60 days prior to filing bankruptcy, is to examine their bank records and business records. Prior to the 341 I sent the debtors a questionnaire, and a request for specific bak records and their tax return for the previous year. Debtors did not complete and return the questionnaire, nor did they provide me with the records I requested prior to the 341 meeting. All I received was a one page, hand written "monthly summary profit loss statement, covering June 2009- November, 2009, and one page of bank account statement (debtors listed three bank accounts in their schedules.)

4. At the first set meeting of creditors, on February 3, 2010, I told the debtors that I had

not yet received their bank records for their business, nor the tax returns I had requested. debtor claimed he could not find his tax returns, and counsel provided them with the IRS form 4506-T "Request for Transcript of Tax Return", and I continued the meeting to March 24, 2010, at 7:30 am.

    5. On March 14, 2010 I received a partially complete questionnaire from the debtors, but no records.

    6. On March 24, 2010, I called the Smith case at 7:45 am - about 15 minutes after the time the meeting was set for. Attorney Stephen Johnson appeared, but the debtors did not. attorney Johnson advised he did not know why his clients were not there, and that he had been unable to contact them. He stated he had no additional documents for me.

    7. At about 8:30 I noticed the Smiths sitting in the back of the 341 room. I called them forward. They said they had been there since 8:00 am , and asserted they had employed new counsel. I asked who the attorney was and they replied "Its Capital Lawyers" and they said they would get me the contact information "later". I advised the debtors that I could not question them without their attorney present, but if they had any documents I could accept them. They provided me with a 1999 tax return only, saying they "could not find" any others. They did not mention filing the IRS form provided to them. They provided no bank records or other "evidence of income".

    8. To date the debtors have not provided me with any information regarding a new attorney, no new attorney has substituted into the case, no records have been provided to me. I swear that the above is true and correct. Sworn on _21_ day of April, 2010.

_____
Thomas May, Chapter 7 Trustee
efiler: Antonia Darling
email: antonia.darling@usdoj.gov